# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

JAMES TAUNG THORNE

FILED
JUL 05 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

vs

(Full name of defendant(s))

SMARTPAY LEASING

Case Number:

**1:18**-cv-**2045** TWP -DML

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __INDIANA__ and resides at
(State)

__7770 GRANDVIEW DR, INDIANAPOLIS, IN 46260__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __SMARTPAY LEASING COMPANY__
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of __California__
(State, if known)

and (if a person) resides at __San Francisco, CA 94104 [PO Box 626]__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① The SmartPay Leasing Inc from San Francisco, California 94104 violated crime against my right to live and work in the States peacefully and safely.

② The SmartPay Leasing Inc had been deliberately and forcefully sending letters of bills for what I never owed them. They had done this beginning September, 2017, and until Jun 25, 2018 the day I paid $285.91 in full to them.

Complaint – 2

The SmartPay demanded this money I ~~do~~ owed them for the Lease-to-own purchase of LG Stylus 3 from the MetroPC dealer at 1714 Precinct Line Rd Suite 500, Hurst, TX 76054 on the day of September 3, 2017. I never made a lease-to-own purchase. I never made any contract with the SmartPay.

This continuous demand, charging of disturbance drove me insane, depression, from the fear of losing my credit or reputation, another imprisonment, losing the right to apply for my U.S citizenship.

4) Begining at the MetroPC dealer shop at Hurst, Fort Worth, TX and here in Indianapolis.

3) Since last September 2017, until now June. 2018.

5) There could be some hidden agendas possibly because of my practices of Freedom of Speech. They apparently demonstrated they had a reason. Lord knows.

C.    JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

For this 10 months long suffering and the lost of $285.91, and mentally attack and disturbance which was leading to physical suffering, I want a relief money of $300,000 U.S (Three hundred Thousands) from SmartPay Leasing Inc, in San Francisco, CA.

E.  JURY DEMAND

☐  Jury Demand – I want a jury to hear my case
   OR
☑  Court Trial – I want a judge to hear my case

Dated this __5__ day of __July__ 20__18__.

Respectfully Submitted,

_____
Signature of Plaintiff

__316-566-4369__
Plaintiff's Telephone Number

__artisttung4@gmail.com__
Plaintiff's Email Address

__7770 Grandview Dr__
__Indianapolis, IN 46260__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.