

August 29, 2018

Matthew C. Branic
Direct Dial: (317) 238-6329
E-mail: mbranic@kdlegal.com

VIA U.S. MAIL
AND EMAIL TO artisttung4@gmail.com

James Taung Thorne
7770 Grandview Drive
Indianapolis, Indiana 46260

Re: *James Taung Thorne v. Smartpay Leasing, LLC*, U.S. District Court for the Southern District of Indiana, Cause No. 1:18-CV-2045-TWP-DML

Dear Mr. Thorne:

This law firm represents Smartpay Leasing, LLC ("Smartpay") in the above-referenced lawsuit. I have made multiple attempts to contact you at the phone number (316-566-4369) you provided on your Complaint Form, a copy of which I've attached for your convenience. I would like to try to understand the claims you are making in this case, and see if a resolution can be reached. Would you please call me at your earliest convenience at 317-238-6329? You can also feel free to email me at mbranic@kdlegal.com.

If you have retained an attorney to represent you in this matter, could you please direct this communication to him or her so I can communicate directly? Thank you.

Sincerely,

Matthew C. Branic

12800 NORTH MERIDIAN STREET, SUITE 300, CARMEL, IN 46032-5407  T 317.566.1110  F 317.636.1507

MERITAS LAW FIRMS WORLDWIDE