18-CV-02 045- TWP -DNL

# M Gmail

Asipha Artist <artisttung4@gmail.com>

## James Taung Thorne v. Smartpay Leasing, LLC -

**Asipha Artist** <artisttung4@gmail.com>  Sat, Sep 8, 2018 at 8:23 AM
To: mbranic@kdlegal.com

Mr. Matthew C. Branic (The Defender's Lawyer),
   The attached files are;
   1. (a) The proof of purchase of the LG Stlylus 3 James' made at the MetroPC dealer (Bank statement of the Bank of America)
      (b) the bag that came along with the LG Stylus 3 when he bought it.
   2. The last notification letter from SmartPay Leasing Company through the collecting agent. (front page and back page)
   3. Proof of Payment made to SmartPay Leasing through James' Bank account of Huntington National Bank.

SmartPay Leasing Company owes James Taung Thorne $500,000 ( a 0.5 million U.S dollar) for the purposeful fraudulence they committed.  For the (1) 10 months long mentally suffering James faced that continuous demand of money which James never owed the SmartPay Leasing (2) the reminder and the fear for losing his credit (reputation), his future in the United States of America, the fear of arrest on warrant by authority and put into prison, the fear for deportation back to Burma. The fear for being killing by make up road accidents. James still lives in fear of getting killed through make up accident. He even dares not turn on his mobile phone when he is behind the wheel.
James demand this $500,000 (five hundred thousands U.S. dollar) as a relief or compensation for his suffering.
You can pay this amount of money at the Courthouse before the judge or any law enforcement authority.
The copy will be sent to the Courthouse of Indianapolis.
Truthfully and Honestly,
James Taung Thorne
[Quoted text hidden]



FILED
SEP 10 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**5 attachments**



**Bank statement.jpeg**
475K

**SmartPay Leasing Demands money page 2.png**
3481K

**SmartPay Leasing demands money page 1.png**
8092K



**Bank of America**

## Your checking account

JAMES TAUNG THORNE  |  Account # 4880 5340 9348  |  August 16, 2017 to September 13, 2017

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 08/31/17 | CHEVRON/RC MIN 08/31 #000288502 PURCHASE CHEVRON/RC MINI M  GONZALES    CA | -8.68 |
| 08/31/17 | STOP & SHOP GA 08/31 #000258429 PURCHASE 134 S MILPAS ST  SANTA BARBARA CA | -27.96 |
| 09/01/17 | CHECKCARD 0830 WENDYS #1498 OAKLAND    CA 05436847244100061713419 | -6.12 |
| 09/01/17 | CHECKCARD 0831 CHEVRON 0307255 CAPITOLA    CA 55432867243100220723034 | -31.44 |
| 09/01/17 | SHELL Service 08/31 #000323595 PURCHASE SHELL Service S  NEWBERRY SPRI CA | -20.00 |
| 09/01/17 | CIRCLE K 01483 09/01 #000154858 PURCHASE 1516 CALIFORNIA  PARKER    AZ | -17.75 |
| 09/01/17 | SHELL Service 09/01 #000842744 PURCHASE SHELL Service S  TUCSON    AZ | -20.50 |
| 09/01/17 | SHELL Service 09/01 #000447810 PURCHASE SHELL Service S  LAS CRUCES    NM | -20.11 |
| 09/01/17 | NNT AMERICAS B 09/01 #000008933 PURCHASE 901 AVENIDA DE ME  LAS CRUCES    NM | -55.00 |
| 09/05/17 | CHECKCARD 0901 GOOGLE *YouTube T 855-836-3987 CA 55432867244100031754458 RECURRING | -8.50 |
| 09/05/17 | CHECKCARD 0901 JACK IN THE BOX 1 TUCSON    AZ 55432867245100529610617 | -4.70 |
| 09/05/17 | CHECKCARD 0901 KEMPER SPEC INSUR 800-456-1919 TX 55432867244100036702379 | -68.77 |
| 09/05/17 | CHECKCARD 0902 SUBWAY     001 PECOS    TX 15410197246255140229162 | -4.06 |
| 09/05/17 | FLYING J #736 09/02 #000577477 PURCHASE FLYING J #736  PECOS    TX | -20.93 |
| 09/05/17 | CHECKCARD 0902 LOVES COUNTRY 000 ODESSA    TX 15410197246111732374728 | -6.26 |
| 09/05/17 | SHELL Service 09/02 #000610084 PURCHASE SHELL Service S  CISCO    TX | -25.42 |
| 09/05/17 | P324563     09/02 #000703103 WITHDRWL 16851 INTERSTATE  CISCO    TX | -22.95 |
| 09/05/17 | CHECKCARD 0904 METROPCS 925-298-6109 CA 55488727247083193809771 | -32.80 |
| 09/05/17 | CHECKCARD 0903 METROPCS 6004 HURST    TX 55432867247100766440999 | -177.53 |
| 09/05/17 | PAPAWADY, LLC 09/05 #000051162 PURCHASE 1161 E. SEMINARY  FORT WORTH    TX | -5.00 |
| 09/06/17 | CHECKCARD 0904 STAR TIRE FORT WORTH  TX 85166187248980001009951 | -35.00 |
| 09/06/17 | CHECKCARD 0905 KACHIN INSURANCE FORTH WORTH  TX 55310207249207870400043 | -126.00 |
| 09/06/17 | CHECKCARD 0905 PAPAWADY, LLC FORT WORTH  TX 55309597249286000000060 | -6.98 |
| 09/06/17 | PILOT #0434     09/06 #000218821 PURCHASE PILOT #0434    FORT WORTH   TX | -27.56 |
| 09/07/17 | CHECKCARD 0905 USPS.COM MOVER'S 800-238-3150 TN 05436847249000269996649 | -1.00 |
| 09/07/17 | CHECKCARD 0905 DF WIRELESS FORT WORTH  TX 85409247249980002072246 | -10.00 |
| 09/07/17 | CHECKCARD 0906 SPARKLES EXPRESS FORT WORTH  TX 75500597249011425607306 | -6.00 |
| 09/07/17 | FIESTA BOOTH # 09/07 #000958672 PURCHASE 421 WEST BOLT    FT WORTH    TX | -382.99 |
| 09/07/17 | WAL Wal-Mart S 09/07 #000048330 PURCHASE 5080 WAL-SAMS    HURST    TX | -12.66 |
| 09/07/17 | 7-ELEVEN     09/07 #000927699 PURCHASE 801 W BELKNAP    FORT WORTH   TX | -16.25 |

continued on the next page



PO BOX 626
San Francisco, CA 94104



Office Hours: Mon - Fri  8:00am - 5:00pm PST
Your call may be monitored or recorded for
quality assurance

JAMES THORNE
7770 GRANDVIEW DR
INDIANAPOLIS IN 46260-5255

000812

| REFERENCE NUMBER | 3953886 |
| FOR | SmartPay Leasing Inc. |
| ACCOUNT NO | O002PE3OO |

**CURRENT AMOUNT DUE    $228.60**

June 12, 2018

PLEASE CALL US AT 888.782.7997

Dear JAMES THORNE,

Please note that your SmartPay Leasing Inc. lease-to-own account for the smartphone you purchased on **2017-09-03** is overdue and you have not responded to our email or phone requests to resolve your account. Your current amount due is **$229.60** and the total amount you need to pay in order to complete your lease obligation and get ownership of your phone is **$285.91**.

In an effort to close your file, we are offering you three options to settle your account:
  **Option #1**: Make a one-time payment of **$228.72** in the next 30 days – This represents a **20% discount** on the total amount you owe.
  **Option #2**: Make three monthly payments of **$85.77** with the first payment due in the next 30 days – This represents a **10% discount** on the total amount you owe.
  **Option #3**: Make five monthly payments of **$57.18** with the first payment due in the in the next 30 days

Call our office at **888.782.7997** to take advantage of this offer. This settlement offer expires in 30 days from the date of this letter.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Contact VICTORIA AUSTERO at 888.782.7997 to confirm which payment option you are using

1. **Debit or Credit Card** - Call the number above or login to your account and pay using Debit or Credit Card.
2. **Certified Check or Money Order** (return with your remittance stub at the address below)
3. **Pay Near Me** - (see back for instructions)

SmartPay Leasing Inc.

---

Remittance stub - please return with your payment and update contact information - see reverse side



SmartPay Leasing Inc.
PO BOX 626
San Francisco, CA 94104

1 of 1

04081315

| AMOUNT PAID $ | |

| REFERENCE NUMBER | 3953886 |
| FOR | SmartPay Leasing Inc. |
| ACCOUNT NO | O002PE3OO |

**CURRENT AMOUNT DUE    $228.60**

123452-BLFS-346

## Cash Payments

SmartPay Leasing Inc. uses the PayNearMe service to let you make a cash payment for your SmartPay Leasing Inc. lease at participating 7-Eleven and Family Dollar Stores near you (view locations at www.paynearme.com/locations). If you want to pay in cash, just take this notice or the payment slip with the barcodes to a participating 7-Eleven and Family Dollar Store and give it to the store associate. The store associate just follows the instructions on the coupon to complete payment.

**Please note PayNearMe charges a $3.99 Convenience fee per transaction to make a cash payment.**

**PAY CASH AT 7-ELEVEN OR FAMILY DOLLAR**
"PayNearMe charges a $3.99 Convenience fee."
Use cash to pay at participating 7-Eleven and Family Dollar stores
(paynearme.com/locations).
Bring this notice or cut out the payment slips below and take them
with you to make payment.




**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press total
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt


83892727507

**7-Eleven Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt


LOAD LIKE A GIFT CARD

83892727507

Customer or Sales Associates call
(888)714-0004 for help. 24/7

## Customer Information Update
Please write down your most current address and contact number if they have changed.

**Address**
Address Line 1: _____
Address Line 2: _____
Address Line 3: _____
City: _____
State: _____
Zip Code: _____

**Contact Number**
Home Phone Number: _____
Cellphone Number: _____


**Huntington**

## Debit Card / POS Activity (-)   Account: 02555237928

| Date | Description | Amount |
|---|---|---|
| 06/21 | PURCHASE GOOGLE *DOMAINS GOOGLE *DOMAINS G.CO/HELPPAY# CA 5175462550108021 | 5.35 |
| (06/25) | PURCHASE SMARTPAY-CHG.COM SMARTPAY-CHG.COM 8446631309 CA 5175462550108021 | (285.91) |
| 06/25 | PURCHASE ADOBE *ID CREATIVE CLD ADOBE *ID CREATIVE CLD 8008336687 CA 5175462550108021 | 21.39 |
| 06/28 | PURCHASE RICH OIL 06096 641 RICH OIL 06096 641 INDIANAPOLIS IN 5175462550108021 | 26.58 |
| 06/29 | PURCHASE ADOBE *IL CREATIVE CLD ADOBE *IL CREATIVE CLD 8008336687 CA 5175462550108021 | 21.39 |
| 07/09 | PURCHASE HOMEDEPOT.COM HOMEDEPOT.COM 800-430-3376 GA 5175462550108021 | 66.12 |
| 07/09 | PURCHASE GOOGLE *YOUTUBE VIDEOS GOOGLE *YOUTUBE VIDEOS G.CO/HELPPAY# CA 5175462550108021 | 3.99 |
| 07/09 | PURCHASE GOOGLE *YOUTUBE VIDEOS GOOGLE *YOUTUBE VIDEOS G.CO/HELPPAY# CA 5175462550108021 | 3.99 |
| 07/09 | PURCHASE GOOGLE *YOUTUBE VIDEOS GOOGLE *YOUTUBE VIDEOS G.CO/HELPPAY# CA 5175462550108021 | 2.99 |
| 07/09 | PURCHASE STATE FARM INSURANCE STATE FARM INSURANCE 8009566310 IL 5175462550108021 | 88.70 |
| 07/09 | PURCHASE GOOGLE *TECARTA INC GOOGLE *TECARTA INC G.CO/HELPPAY# CA 5175462550108021 | 1.99 |
| 07/10 | PURCHASE KROGER #158 KROGER #158 INDIANAPOLIS IN 5175462550108021 | 11.14 |
| 07/11 | PURCHASE METROPCS MOBILE WEB METROPCS MOBILE WEB 888-863-8768 WA 5175462550108021 | 30.00 |
| 07/11 | PURCHASE PARKINDY LLC PARKINDY LLC INDIANAPOLIS IN 5175462550108021 | 2.50 |
| 07/11 | PURCHASE GOOGLE *YOUTUBE VIDEOS GOOGLE *YOUTUBE VIDEOS G.CO/HELPPAY# CA 5175462550108021 | 3.99 |
| 07/12 | PURCHASE GOOGLE *YOUTUBE VIDEOS GOOGLE *YOUTUBE VIDEOS G.CO/HELPPAY# CA 5175462550108021 | 3.99 |
| 07/12 | PURCHASE Wal-Mart Super Wal-Mart Super INDIANAPOLIS IN 5175462550108021 | 78.48 |
| 07/16 | PURCHASE GOOGLE *YOUTUBE VIDEOS GOOGLE *YOUTUBE VIDEOS G.CO/HELPPAY# CA 5175462550108021 | 3.99 |

## Other Withdrawal / Debit Activity (-)   Account: 02555237928

| Date | Description | Amount |
|---|---|---|
| 06/15 | Interbank Loan Pymt 180613 000000000000000 00000000020041163 Interbank | 237.68 |
| 07/16 | Interbank Loan Pymt 180712 000000000000000 00000000020041163 Interbank | 237.68 |

## Asterisk-Free Checking Balance Activity   Account: 02555237928

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/14 | 1,445.79 | 06/28 | 1,325.68 | 07/11 | 1,221.88 |
| 06/15 | 1,208.11 | 06/29 | 1,304.29 | 07/12 | 1,139.41 |
| 06/18 | 1,515.60 | 07/03 | 1,722.29 | 07/16 | 897.74 |
| 06/21 | 1,499.56 | 07/09 | 1,269.51 | | |
| 06/25 | 1,352.26 | 07/10 | 1,258.37 | | |