To

SmartPay Leasing, LCC

San Francisco, California

Date: 9,14,2018

Case 1:18-CV-02045-TWP-DML



The Settlement Check of the SmartPay Leasing, LLC was turned down. Your attempt to solve the matter through the lawyer failed. James T. Thorne already informed your lawyers no apology would be accepted.

The only solution for this life-threatening fraudulence will be a Settlement Check of $1,000,000 (One Million dollars). No apology is needed. I am requesting the SmartPay Leasing Company to pay me a relief or compensation money of one million dollars ($1,000,000). This $1,000,000 check may be called the Settlement Check.

The relief or compensation money of $1,000,000 (A million dollars) must be paid with a check or a money order through only the Office of the Clerk of the U.S. District Court 105 East Ohio Street, Indianapolis, Indiana 46204.

Truthfully in the Name of the Lord Christ Jesus,

James T. Thorne

7770 Grandview Dr.

Indianapolis, IN 46260


P.S. Copy will be mailed to (by surface mail as well)

1. the Office of the Clerk of the U.S. District Court, 105 U.S. Courthouse 46 East Ohio Street Indianapolis, IN 46204

2. KD 12800 North Meridian Street, Suite 300, Camel, IN 46032-5407

(This is an opened letter)