James T. Thorne

7770 Grandview Dr,

Indianapolis, IN 46260

October 7, 2018

**Thorne V SmartPay Leasing, LLC**

**Case Number 1:18-cv-02045- JRS-DML**

To

United States District Court

Southern District of Indiana

Clerk of the Court

I gave the SmartPay Leasing, LLC an offer of forgiveness when they first contacted me through their lawyer Mr. Matthew C. Branic. I would forgive them on conditions if their general manager would firstly write me a letter of APOLOGY OPENLY. If their apology would meet the standard, then they would just have to return the money $285.91 (which they charged from my Huntington Bank account) plus $10 interest and $80 for parking fee and gas fee which I spent on visiting the Courhouse. And thirdly, they would be obligated to pay the court fee by themselves (probably not greater than $500).

A week later they replied their insult through the lawyer. The brief message with a photo image of their own **Settlement Check ($1,000).** And the message read the **settlement acceptance letter would follow.**

I offered them a forgiveness for a sincere and humble **apology** only, but not this haughty settlement acceptance letter and their settlement check. So, I turned down their way of settlement. I have already informed them that the period of grace of forgiveness expired. Now they must face the punishment for their life-threatening fraudulence by paying the relief I have demanded.

I demand $1,000,000 (One million U.S. dollars) relief from SamrtPay Leasing, LLC for all my suffering.

I sincerely believe that this punishment to SmartPay leasing, LLC will bring about a tremendous good result to not only the entire citizens of the U.S.A. but also the SmartPay Leasing themselves as well.

Thankfully and honestly yours,

James T. Thorne

Attached is their second insult of a photo image of their settlement check which I turned down.