**299**

**SMARTPAY LEASING LLC**
PO Box 626
San Francisco, CA 94104

Pacific Western Bank

9/7/18

PAY TO THE
ORDER OF   James Taung Thorne                                $ 1,000.00

the

One Thousand Dollars                                        DOLLARS

◄█ PROTECTED AGAINST FRAUD █►

MEMO

second insult

**SMARTPAY LEASING LLC**                                    **299**